SCANNED

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

UNITED STATES OF AMERICA )
)   Criminal No. 2:14-mj- 108-JHR
v. )   18 U.S.C. §§ 2261A(2)(B) & 2261(b)(5)
)
MAKWAN JAFF

## COMPLAINT

I, Nathan M. Jacobs, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

From about May 6, 2014 until about June 26, 2014, in the District of Maine and elsewhere, Defendant,

**MAKWAN JAFF**

with the intent to injure, to harass, to intimidate, and to place under surveillance with intent to injure, harass and intimidate, another person, namely, F.S., used facilities of interstate or foreign commerce, including electronic mail and Internet websites, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to F.S.

In violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

I am a Special Agent with the Federal Bureau of Investigation. This Complaint is based on those facts which are set forth in my affidavit of even date which is attached hereto and incorporated by reference.

Nathan M. Jacobs
Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence this ___27th___ day of June, 2014.

United States Magistrate Judge

1

## AFFIDAVIT OF NATHAN M. JACOBS

1. I, Nathan M. Jacobs, being duly sworn, depose and state that I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since July 2010. I am currently assigned to the Portland, Maine office. I make this affidavit in support of the issuance of a criminal complaint charging Makwan Jaff with stalking, in violation of 18 U.S.C. § 2261A(2)(B)(i). The information contained in this affidavit is based on my personal involvement in this investigation, my training and experience, and information provided to me by others. Since this affidavit is being submitted for a limited purpose, I have not included each and every fact I know concerning this investigation. Rather, I have set forth only those facts that relate to the issue of whether probable cause exists to support the issuance of the requested criminal complaint.

2. Following a referral from the Royal Canadian Mounted Police (RCMP), I began investigating allegations of interstate stalking by an individual named Makwan Jaff, 35, an Iraqi national and Pennsylvania resident currently attending Windsor University School of Medicine in Basseterre, Saint Kitts and Nevis (hereinafter St. Kitts).[1] The victim of Jaff's stalking is F.S., 25, a South African national and Canadian resident currently attending her third year at the University of Medicine and Health Sciences (UMHS) in Basseterre but spending a semester in Scarborough, Maine since May 6, 2014, as part of the formal school program with her entire medical school class. Jaff formerly attended UMHS where he and F.S. were classmates and casual acquaintances.

---

[1] Saint Kitts (also known more formally as Saint Christopher Island) is an island in the West Indies. The west side of the island borders the Caribbean Sea, and the eastern coast faces the Atlantic Ocean. Saint Kitts and the neighboring island of Nevis constitute one country: *the Federation of Saint Kitts and Nevis.*

3. Based on my review of documents related to the ongoing criminal investigation of Jaff and my interview of F.S. and members of her immediate family, I have learned the following about the stalking and harassing behavior of Jaff against this victim. In August 2013, while Jaff was still attending UMHS with F.S., Jaff began trying to control and monitor the social life of F.S. in a manner which made her uncomfortable, which she expressed to him numerous times. In early September 2013, Jaff expressed that he loved F.S. in person. She politely told Jaff that the feelings were not mutual. F.S. never saw Jaff in person again. Jaff "unfriended" F.S. on the social networking website *Facebook* and deleted her from his contacts on *Skype*.[2]

4. On February 11, 2014, Jaff began sending F.S. daily harassing and threatening private messages via his sister's *Facebook* account which F.S. knew him to use to communicate with her when they were friendly in 2013. During these messages, which continued for the next three days until F.S. deactivated her *Facebook* account, Jaff wrote statements such as:

> "you fucked me over bigtime!"
>
> "you know I am gonna be the biggest asshole you ever met in your life…wait and see what I am gonna do?"
>
> "I am very patient remember that!!!"
>
> "disrespecting me like this means a fuckn war"

During many of the Facebook messages, Jaff provided addresses of F.S.'s family members in Canada to prove he knew personal information about her. Jaff also sent F.S. text messages similarly threatening and harassing in nature. According to F.S., she has no idea to what Jaff is

---

[2] Skype is a free premium voice-over-IP service and instant messaging client, currently developed by the Microsoft Skype Division. The name was derived from "sky" and "peer." Skype was first released in August 2003.

2

referring in these messages nor does she understand why he is so angry toward her.

5. In March 2014, F.S. discovered that approximately five accounts had been established in her name (or variations of her name with added words, such as "slut" and "whore") without her knowledge or permission on *Facebook*. These fake accounts contained photos of F.S. which had been taken of her and posted by her friends in the fall of 2013. F.S. denied creating any of the five known accounts. From my review of screenshots of pages from these accounts, it is my belief that Jaff was using these *Facebook* accounts to communicate with others, while purporting to be F.S. F.S. reported these fraudulent accounts to *Facebook* and they were eventually removed.

6. When the Facebook accounts were all deleted, Jaff began emailing F.S. directly using the email address: makwan21@aol.com on approximately March 1, 2014. Records from AOL, Inc. reveal that the subscriber of the email account makwan21@aol.com is Makwan Jaff of 1097 Nanroc Drive in Mechanicsburg, Pennsylvania.[3] F.S. provided me with copies of over seventy email messages from Jaff, all of which I reviewed. F.S. did not respond to any of Jaff's emails; however, on the advice of her medical school, to whom F.S. had reported the harassment and stalking by Jaff, F.S. emailed Jaff one time on March 3, 2014, indicating that she did not want any contact with him and that she had nothing to do with his expulsion from UMHS. An example of the statements made by Jaff in these emails is a March 6, 2014, email in which Jaff tells F.S., "I will dedicate the rest of my life to hunt you…"

In a March 7, 2014, email, Jaff wrote, "What you are experiencing is nothing comparing top what I have for future!" and "I will make sure your time in Main also gonna be

---

[3] Records from the Pennsylvania Department of Motor Vehicles reveal that Makwan Jaff has a driver's license with the same exact address.

like hell."

On March 9, 2014, Jaff emailed F.S. "Nothing will make me go away…This will go on forever…"

In a March 14, 2014, email, Jaff said, "I will dedicate the rest of my fucken life to make yours miserable."

7. According to a report from the Royal St. Christopher and Nevis Police Force, F.S. reported Jaff's month-long harassment on March 20, 2014. In response, an officer confronted Jaff at his St. Kitts home about the allegations and he admitted to the harassment by email, but denied having threatened her in any way.

8. Similarly harassing and threatening emails from Jaff continued throughout April 2014. In an April 2, 2014, email, Jaff promised to close all the *Facebook* accounts and to delete all the pictures he posted of her if she would meet with him to talk for one hour.

9. In May 2014, F.S. traveled to Maine with her medical school class from St. Kitts for the first semester of their third year. Since her arrival in Maine on May 6, 2014, until as recently as June 27, 2014, the threatening and harassing email messages from Jaff have continued. For example, on May 16, 2014, Jaff emailed F.S. from the same address and said, "…if you keep ignoring this you will leave me no choice because by ignoring it you telling me those people telling the truth. If these things are truth this time I will open 20 different Facebook account I will have people do it in the states, Canada…"

On May 24, 2014, Jaff emailed F.S. and another male former classmate in Maine, B.T., and said, "Let me tell you what I am gonna do when I get home; rent a car first thing and come to main…."

4

On June 20, 2014, Jaff sent a lengthy series of emails to F.S. using the same aol.com address. During the series of messages, Jaff makes the following harassing and threatening statements:

> "It is only a 24 hours drive I need a lil road trip anyway!"

> "You have no idea what you are dealing with"

> "…just wait for my next move and see what comes at you fucken hairy ugly whore! you fucked with the wrong guy…"

> "I will teach you a lesson you will never forget…just wait and see what comes at you next!!!!!"

> "I won't stop believe me I will fuck your world upside down!"

> "I will turn your life in to a living hell so don't make me go that far!"

> "You pick a wrooooong guy to fuck with you stipud dumb bitch I will be a disease in your head I promise you that I will not go away I will fuck with you for the rest of your fucken life."

On June 21, 2014, Jaff's email said, "Keep thinking I am playing game till I hit where it fucken hurts!" and his June 22, 2014, email stated, "I got a nice plan for your stupid hairy ass."

On June 24, 2014, Jaff emailed F.S. the following statements:

> "You have until Monday give me the name of those people you talked to back home. I can be very creative with this I will ruin your life I swear I will make you miserable!"

> "Remember Monday is the last day and this time not even god himself gonna stop me!"

> "I promise you I will have my revenge if it coset me my mother fucken life. Its all matter of time before I show up in front of you or let know that I it was me! just wait till Monday and see what comes ar you and that is not gonna be the end of it that will be just the starter."

> "I am not the type of fucken arabs you normally dealing with in that shithole you call is canada."

5

Jaff's June 25, 2014, emails stated:

> "just wait and see what comes at you sometimes next week. I promise you will be crying in fetus position!"
>
> "It's a lot easier for me to fuck with you cause you not even from U.S. so I will turn your life in to a fucken hill. I will go after your family members, your bro, sis, dad everyone you fucken ugly whore! just wait and see what I am gonna do"

10. During my interview of F.S., she reported to me that Jaff's harassing and threatening behavior toward her caused her and her family great substantial emotional distress.

Based on the aforementioned related facts, I respectfully submit that probable cause exists to believe that from about May 6, 2014, to about June 26, 2014, Makwan Jaff used the facilities of interstate or foreign commerce, specifically, electronic mail and Internet websites, to commit stalking in violation of Title 18, United States Code, Section 2261A(2)(B). Accordingly, I respectfully request that this Honorable Court issue a criminal complaint charging Makwan Jaff with this offense.

I hereby swear under oath that the information set forth in this Affidavit is true and correct to the best of my knowledge, information, and believe, and that I make this oath under pains and penalties of perjury.

Dated at Portland, Maine this 27 day of June, 2014.

_____
Nathan M. Jacobs
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence this 27th day of June, 2014.

_____
United States Magistrate Judge