UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                       )<br>)<br>)<br>MAKWAN JAFF                     ) | 2015 JUL -7 P 12: 53<br>Criminal No. 2:15-cr-121-NT<br>(18 U.S.C. §§ 2261A(2)(B) & 2261(b)(5)) |

### INDICTMENT

The Grand Jury charges that:

From about February 11, 2014 until about June 25, 2014, in the District of Maine and elsewhere, Defendant,

### MAKWAN JAFF

with the intent to injure, to harass, to intimidate, and to place under surveillance with intent to injure, harass and intimidate, another person, namely, F.S., used facilities of interstate or foreign commerce, including electronic mail and Internet websites, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to F.S.

In violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

A TRUE BILL,

Signature Redacted. Original on File.

FOREPERSON

Assistant U.S. Attorney
Date: 7/7/15